

**Your Missouri Courts**                    Case.net

Search for Cases by: [Select Search Method...]

**Judicial Links**  |  **eFiling**  |  **Help**  |  **Contact Us**  |  **Print**      GrantedPublicAccess  Logoff PDCLOUD227

21SL-CC01447 - SHERRY L CLEMONS V BRADFORD O'NEIL AGENCY,
LLC (E-CASE)

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

**Click here to eFile on Case**           Sort Date Entries: ● Descending    Display Options: [All Entries]
**Click here to Respond to Selected Documents**          ○ Ascending

---

05/27/2021  ☐ **Notice of Service**
Affidavit of Service - Return of Service.
  **Filed By:** JOHN FRANCIS GARVEY JR
  **On Behalf Of:** SHERRY L. CLEMONS

05/24/2021  ☐ **Pluries Summons Issued**
Document ID: 21-SMCC-4468, for BRADFORD O'NEIL AGENCY, LLC.Summons Attached in PDF Form
for Attorney to Retrieve from Secure Case.Net and Process for Service.

☐ **Motion Special Process Server**
SPS APPROVED Request for Special Process Server.
  **Filed By:** JOHN FRANCIS GARVEY JR
  **On Behalf Of:** SHERRY L. CLEMONS

☐ **Judge/Clerk - Note**
PLEASE PROVIDE THE NAME OF THE INDIVIDUAL PROCESS SERVER ON THE REQUEST FOR
PROCESS SERVER FORM

05/13/2021  ☐ **Motion Special Process Server**
Request for Special Process Server.
  **Filed By:** JOHN FRANCIS GARVEY JR
  **On Behalf Of:** SHERRY L. CLEMONS

05/12/2021  ☐ **Alias Summons Issued**
Document ID: 21-SMCC-4141, for BRADFORD O'NEIL AGENCY, LLC.Summons Attached in PDF Form
for Attorney to Retrieve from Secure Case.Net and Process for Service.

04/30/2021  ☐ **Alias Summons Requested**
Memorandum Requesting Alias Summons; Non-Est Return.
  **Filed By:** JOHN FRANCIS GARVEY JR

04/08/2021  ☐ Note to Clerk eFiling
☐ **Notice of Service**
21SMCC2916; Electronic Filing Certificate of Service.
☐ **Summons Returned Non-Est**
Document ID - 21-SMCC-2916; Served To - BRADFORD O'NEIL AGENCY, LLC; Server - ; Served Date
- 07-APR-21; Served Time - 00:00:00; Service Type - Sheriff Department; Reason Description - Non-est

04/01/2021  ☐ **Summons Issued-Circuit**
Document ID: 21-SMCC-2916, for BRADFORD O'NEIL AGENCY, LLC.Summons Attached in PDF Form
for Attorney to Retrieve from Secure Case.Net and Process for Service.

03/31/2021  ☐ Filing Info Sheet eFiling
  **Filed By:** JOHN FRANCIS GARVEY JR
☐ **Pet Filed in Circuit Ct**

Exhibit A

Class Action Complaint.
**Filed By:** JOHN FRANCIS GARVEY JR
**On Behalf Of:** SHERRY L. CLEMONS

☐ **Judge Assigned**
DIV 9

**21SL-CC01447**

Electronically Filed - St Louis County - March 31, 2021 - 09:56 AM

## IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
## STATE OF MISSOURI

| | |
|---|---|
| **SHERRY L. CLEMONS,** ) | |
| 10009 Pebble Beach Dr. ) | |
| St. Louis, MO 63114 ) | |
| ) | **CASE NO.** |
| *Plaintiff,* ) | |
| **VS.** ) | **JURY TRIAL DEMANDED** |
| ) | |
| **BRADFORD O'NEIL AGENCY, LLC** ) | |
| Serve:  Any Officer or Director ) | |
| 1299 Bryan Rd. ) | |
| O'Fallon, MO 63366 ) | |
| ) | |
| *Defendant.* ) | |

## CLASS ACTION COMPLAINT

Plaintiff Sherry L. Clemons (hereinafter "Ms. Clemons" or "Plaintiff") on behalf of

herself and the proposed class defined below brings this action against Bradford O'Neil Agency,

LLC ("Bradford O'Neil" or "Defendant"), to secure redress on behalf of herself and others for

Defendant's violations of the do-not-call rules of the Telephone Consumer Protection Act

("TCPA"), 47 U.S.C. § 227.

## NATURE OF THE ACTION

1.     Advancements in telephone dialing technology by the 1980s and 90s made

reaching a large number of consumers by telephone easier and more cost-effective.  However,

this technology has also brought with it an onslaught of unsolicited robocalls, spam text

messages, and junk faxes that intrude on individual privacy and waste consumer time and

money.  As a result, the federal government and numerous states have enacted legislation to

combat these widespread telecommunications abuses.  As Congress recognized:

> Many customers are outraged over the proliferation of intrusive,
> nuisance calls to their homes….  Banning such automated or

1

Electronically Filed - St. Louis County - March 31, 2021 - 09:56 AM

> prerecorded telephone calls to the home, except when the receiving party consents to receiving the call or when such calls are necessary in an emergency situation affecting the health and safety of the consumer, is the only effective means of protecting telephone consumers from this nuisance and privacy invasion.

Pub. L. No. 102-243, 105 Stat. 2394 § 2(6, 12) (1991).

2.     As is relevant here, the TCPA provides that "[n]o person or entity shall initiate any telephone solicitation to ... [a] residential telephone subscriber who has registered his or her telephone number on the national do-not-call registry of persons who do not wish to receive telephone solicitations that is maintained by the Federal Government." 47 C.F.R. § 64.1200(c)(2).

3.

4.     Defendant caused multiple telemarketing calls to be made to the telephones of Plaintiff and others without their prior express invitation or permission, despite such person's prior request to not be called and/or registration with the National Do Not Call Registry. Plaintiff files this class action complaint on behalf of herself and others similarly situated, seeking relief from Defendant's illegal calling practices.

**THE PARTIES**

5.     Plaintiff Sherry L. Clemons is a natural person who resides in St. Louis County, Missouri.

Electronically Filed - St Louis County - March 31, 2021 - 09:56 AM

6.     Defendant Bradford O'Neil Agency, LLC is a domestic limited liability company that with an office in Saint Louis and Creve Coeur and a registered address of 1299 Bryan Rd., O'Fallon, Missouri 63366.

## JURISDICTION AND VENUE

7.     This court is vested with subject-matter jurisdiction pursuant to Mo. Stat. § 478.070.

8.     This Court has personal jurisdiction over Bradford O'Neil as it is registered in Missouri, provides services in Missouri, and makes telemarketing calls into Missouri.

9.     Venue is proper in this Court pursuant to Mo. Stat. § 508.010 because Plaintiff was first injured in the county of St. Louis since that is where she received the telemarketing calls at issue.

## FACTUAL ALLEGATIONS

**A.     Factual Allegations Regarding Defendant**

10.     Bradford O'Neil is a company that offers insurance services through State Farm.

11.     Bradford O'Neil's telephone number is (314) 300-9100. *See* https://www.statefarm.com/agent/us/mo/saint-louis/bradford-oneil-s4ns6832vak (last visited March 23, 2021); *see also* https://www.gotbradford.com/ (last visited March 23, 2021).

12.     One of Bradford O'Neil's strategies for marketing its services includes the use of telephone solicitation calls.

13.     Recipients of these telephone solicitation calls, including Plaintiff, did not consent to receive such calls.

**B.     Factual Allegations Regarding Plaintiff**

14.     Plaintiff is, and at all times mentioned herein was, a "person" as defined by 47 U.S.C. § 153(39).

3

Electronically Filed - St Louis County - March 31, 2021 - 09:56 AM

15.     Plaintiff's telephone number, (314) XXX-8140, is a non-commercial telephone number not associated with any business.

16.     Plaintiff's telephone number, (314) XXX-8140, is a cellular telephone number used for personal residential purposes.

17.     Plaintiff's telephone number, (314) XXX-8140, has been registered with the National Do Not Call List since 2005.

18.     In or around June 2019, Plaintiff received a telephone solicitation call to her cellular telephone number, (314) XXX-8140, from telephone number (314) 300-9100.

19.     (341) 300-9100 is a telephone number associated with Bradford O'Neil and is listed on its website as well as State Farm's agent listing page for Bradford O'Neil. *See* https://www.statefarm.com/agent/us/mo/saint-louis/bradford-oneil-s4ns6832vak (last visited March 23, 2021); *see also* https://www.gotbradford.com/ (last visited March 23, 2021).

20.     When Plaintiff answered the call, she heard a long period of "dead air" before hearing the voice of a live operator.

21.     Once the call was connected to a live operator, the caller informed Plaintiff that State Farm has low insurance rates in her area and attempted to solicit her to switch her insurance carrier to State Farm.

22.     Plaintiff was not interested in State Farm's insurance services and informed the caller as such.

23.     Plaintiff may have been listed on an insurance policy provided by State Farm, purchased and maintained by her husband, eight years ago. Plaintiff has had no contact with State Farm since, nor has she asked to be solicited by State Farm or its agents.

Electronically Filed - St Louis County - March 31, 2021 - 09:56 AM

24.     At the end of that call, Plaintiff informed the caller that she wished to receive no additional calls from State Farm.

25.     Plaintiff has received numerous calls from (314) 300-9100 since receiving the first call in or around June 2019. More specifically, Plaintiff received calls on from Defendant on her cellular telephone number on:

- February 7, 2019; and

- October 16, 2019.

26.     At the end of every call, Plaintiff asked to not receive any further calls.

27.     To date, these requests have not been honored.

28.     Each of the above-described calls occurred after Plaintiff had registered her residential telephone number with the National Do Not Call Registry.

29.     Plaintiff and other call recipients were harmed by these calls. They were temporarily deprived of legitimate use of their phones because the phone line was tied up during the telemarketing calls and their privacy was improperly invaded.

## CLASS ALLEGATIONS

30.     Pursuant to Missouri Court Rule of Civil Procedure 52.08, Plaintiff brings this class action on behalf of herself and the following proposed Class (the "Class"):

> All persons in the United States who, from four years prior to the filing of this action: (1) Defendant (or an agent acting on behalf of Defendant) made (2) two or more telemarketing calls; (3) promoting Defendant's products or services; (4) to a residential phone number that was listed on the National Do Not Call Registry for at least 31 days before the first call; and (5) within any twelve-month period.

31.     The following people are excluded from the Class: (1) any judge or magistrate presiding over this action and members of their families; (2) Defendant, Defendant's subsidiaries, parents, successors, predecessors, affiliated entities, and any entity in which the

Electronically Filed - St Louis County - March 31, 2021 - 09:56 AM

Defendant or its parent has a controlling interest, and their current or former officers and directors; (3) persons who properly execute and file a timely request for exclusion from the Class; (4) persons whose claims in this matter have been finally adjudicated on the merits or otherwise released; (5) Plaintiff's counsel and Defendant's counsel; and (6) the legal representatives, successors, and assigns of any such excluded persons.

32.     Plaintiff and members of the Class satisfy the numerosity, commonality, typicality, adequacy, and predominance prerequisites for suing as representative parties pursuant to Rule 52.08(a).

33.     **Numerosity**: The exact number of Class members is unknown but based on the *en masse* nature of telemarketing is believed to be at least hundreds of persons at this time, and individual joinder in this case is impracticable. Class members can be easily identified through Defendant's records, or those of their agents.

34.     **Typicality**: Plaintiff's claims are typical of the claims of other Class members in that Plaintiff, and Class members, sustained damages arising out of Defendant's telemarketing calls and Class members sustained similar injuries and damages as a result of Defendant's uniform illegal conduct.

35.     **Adequacy**: Plaintiff will fairly and adequately represent and protect the interests of the Class and has retained counsel competent and experienced in complex class actions to vigorously prosecute this action on behalf of the Class. Plaintiff has no interests that conflict with, or are antagonistic to those of, the Class, and Defendant has no defenses unique to Plaintiff.

36.     **Commonality and Predominance**: There are many questions of law and fact common to the claims of Plaintiff and members of the Class, and those questions predominate

Electronically Filed - St Louis County - March 31, 2021 - 09:56 AM

over any questions that may affect individual members of the Class. Common questions for the Class include, but are not necessarily limited to, the following:

> a.      Whether Defendant systematically made multiple telephone calls to members of the Class;

> b.      Whether Defendant made calls to Plaintiff and members of the Class without first obtaining prior express written consent to make the calls;

> c.      Whether Defendant has established and implemented, with due care, reasonable practices and procedures to effectively prevent telephone solicitations in violation of the TCPA's do-not-call regulations;

> d.      Whether Defendant should be held liable for violations on its behalf; and

> e.      Damages, including whether any violations were performed willfully or knowingly, such that Plaintiff and the other Class members are entitled to treble damages under 47 U.S.C. § 227(c)(5).

37.      **Superiority**: Class action treatment is superior to the alternatives for the fair and efficient adjudication of the controversy alleged herein. Such treatment will permit a large number of similarly situated persons to prosecute their common claims in a single forum simultaneously, efficiently, and without the duplication of effort and expense that numerous individual actions would entail. There are hundreds of class members of each class, such that joinder of all members is impracticable.

38.      In addition to satisfying the prerequisites of Rule 52.08(a), Plaintiff satisfies the requirements for maintaining a class action under Rule 52.08(b) because:

Electronically Filed - St Louis County - March 31, 2021 - 09:56 AM

a.      The prosecution of separate actions by the individual Class members would create a risk of inconsistent or varying adjudication which would establish incompatible standards of conduct for Defendant;

b.      The prosecution of separate actions by individual Class members would create a risk of adjudications with respect to them which would, as a practical matter, be dispositive of the interests of other Class members not parties to the adjudications, or substantially impair or impede their ability to protect their interests;

c.      Defendant has acted or refused to act on grounds that apply generally to the proposed Class, thereby making final injunctive relief or declaratory relief herein appropriate with respect to the proposed Class as a whole; and

d.      Questions of law or fact common to the members of the Class predominate over any questions affecting only individual members, and that a class action is superior to other available methods for the fair and efficient adjudication of the controversy.

39.      **Injunctive and Declaratory Relief Appropriate**. Defendant has acted on grounds generally applicable to the Class, thereby making final injunctive relief and corresponding declaratory relief with respect to the Class appropriate on a classwide basis. Moreover, on information and belief, Plaintiff alleges that the telephone solicitation calls made by or on behalf of Defendant that are complained of herein are substantially likely to continue in the future if an injunction is not entered.

## COUNT I
### Violations of the TCPA, 47 U.S.C. § 227

40.      Plaintiff realleges and incorporates by reference each and every allegation set forth in the preceding paragraphs.

Electronically Filed - St Louis County - March 31, 2021 - 09:56 AM

41.     It is a violation of the TCPA to initiate any telephone solicitation to a residential telephone subscriber who has registered his or her telephone number on the National Do Not Call Registry. 47 C.F.R. 64.1200(c)(2).

42.     Defendant and/or its affiliates, agents, and/or other persons or entities acting on Defendant's behalf violated the TCPA by causing multiple telephone solicitation calls to be initiated to Plaintiff and members of the Class in a 12-month period, despite the person's registration of his or her telephone numbers on the National Do Not Call Registry.

43.     These violations were willful or knowing.

44.     As a result of Defendant and/or its affiliates, agents, and/or other persons or entities acting on Defendant's behalf's violations of the TCPA's national do-not-call rule, Plaintiff and the other members of the Class are each entitled to an injunction and up to $500 in damages for each such violation. 47 U.S.C. § 227(c)(5).

45.     Because such violations were willful or knowing, the Court should treble the amount of statutory damages, pursuant to 47 U.S.C. § 227(c)(5).

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, individually and on behalf of the Class, respectfully requests that the Court enter judgment against Defendant for:

A.     Certification of the Class as alleged herein;

B.     Appointment of Plaintiff as representative of the Class;

C.     Appointment of the undersigned counsel as counsel for the Class;

D.     Damages to Plaintiff and members of the Class pursuant to 47 U.S.C. § 227(c)(5);

E.     Injunctive relief for Plaintiff and members of the Class, pursuant to 47 U.S.C. § 227(c)(5), preventing the Defendant from making calls to numbers listed on the National Do

Electronically Filed - St Louis County - March 31, 2021 - 09:56 AM

Not Call Registry;

    F.    Attorneys' fees and costs, as permitted by law; and

    G.    Such other or further relief as the Court deems just and proper.

## **DEMAND FOR JURY**

Plaintiff hereby demands a trial by jury.

Dated:  March 31, 2021        Respectfully submitted,

    By:  */s/ John F. Garvey*
        John F. Garvey #35879
        CAREY DANIS & LOWE
        8235 Forsyth, Suite 1100
        St. Louis, Missouri 63105
        Telephone: (314) 725-7700
        Facsimile:  (314) 678-3401
        jgarvey@careydanis.com

        Samuel J. Strauss*
        TURKE & STRAUSS LLP
        936 North 34th Street, Suite 300
        Seattle, Washington 98103-8869
        Telephone: (608) 237-1775
        Facsimile:  (608) 509-4423
        sam@turkestrauss.com

        Anthony Paronich*
        PARONICH LAW, P.C.
        350 Lincoln Street, Suite 2400
        Hingham, Massachusetts 02043
        Telephone: (617) 485-0018
        Facsimile:  (508) 318-8100
        anthony@paronichlaw.com

        *Motions for Admission to be filed

        *Attorneys for Plaintiff and the Proposed Class*

Electronically Filed - St Louis County - March 31, 2021 - 09:56 AM

## <u>CERTIFICATE OF FILING</u>

The undersigned hereby certifies that the foregoing Class Action Complaint has been filed using the Court's electronic case filing system on this 31st day of March, 2021.

<u>     /s/ John F. Garvey                    </u>



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DAVID L VINCENT III | Case Number:  21SL-CC01447 |
| Plaintiff/Petitioner:<br>SHERRY L. CLEMONS | Plaintiff's/Petitioner's Attorney/Address<br>JOHN FRANCIS GARVEY JR<br>8235 FORSYTH BLVD<br>STE 1100<br>ST LOUIS, MO  63105 |
| vs. | |
| Defendant/Respondent:<br> BRADFORD O'NEIL AGENCY, LLC | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Other Tort | (Date File Stamp) |

## Summons in Civil Case

| | |
|---|---|
| The State of Missouri to:  **BRADFORD O'NEIL AGENCY, LLC**<br>Alias: | |

**OFFICER OR DIRECTOR**
**1299 BRYAN ROAD**
**O'FALLON, MO  63366**

*COURT SEAL OF*



*ST. LOUIS COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

<u>01-APR-2021</u>
**Date**

_____
Clerk

**Further Information:**
**MT**

---

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
_____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____(title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                                  Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*

Subscribed and sworn to before me on _____ (date).

My commission expires: _____          _____
Date                                                                          Notary Public

---

**Sheriff's Fees, if applicable**

| | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $_____10.00_____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | **$_____** | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST.  LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

## Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place.  This is often true even when the parties initially believe that settlement is not possible.   A settlement reduces the expense and inconvenience of litigation.  It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost.  Often such services are most effective in reducing costs if used early in the course of a lawsuit.  Your attorney can aid you in deciding whether and when such services would be helpful in your case.

## Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so.  In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below.   These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended.   Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not.  **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

## Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits.   Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party.  The services are provided by individuals and organizations who may charge a fee for this help.  Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case.  The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit.  An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties.  The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement.   An effective mediator may offer solutions that have not been considered by the parties or their lawyers.  A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105.  The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

# County Satellite Court Now Open in St. Ann
## Hours: Mon-Fri  8:30 a.m. to 5:00 p.m.   FREE PARKING

For the convenience of North County residents, a satellite branch of the St. Louis County Circuit Court is now open at the St. Louis County Government Center Northwest at the 715 Northwest Plaza Drive in St. Ann.

**Attending Court Hearings Remotely using E-Courts**

If you are scheduled to appear in court, you can access the courtroom remotely using the public computer stations (E-courts) in St. Ann and Clayton. These are available for use when courtroom access is restricted due to the pandemic.

**Please note:** Hearings for juvenile and paternity cases are confidential, and can only be accessed from the Clayton E-court at this time.

**Be sure to bring your paperwork with you; you will need your case number, as well as the date, time and number of the Division where you are scheduled to appear.**

**Filing Pleadings/New Petitions**

If you are representing yourself, you may file your paperwork at the St. Ann satellite court, in addition to the Clayton courthouse, using the secure drop box located inside the Court reception area.

**Filing Orders of Protection**

Starting March 1, you may file for an Order of Protection at the Adult Abuse office in the St. Ann satellite court, in addition to the Clayton courthouse.  Clerks will be available on-site to help you fill out and file the necessary paperwork.

**For more information call: 314-615-8029**



H-21

**St. Charles County Sheriff's Department**
201 North Second Street, Ste. 440, St. Charles, MO  63301

# RETURN OF SERVICE - Record # 2021-003126

**Case No:** 21SLCC01447      **Court:** ST LOUIS

**Plaintiff:** CLEMONS, SHERRY L

**Defendant:** BRADFORD O'NEIL AGENCY LLC

**Court / Return Date:** 05/01/2021      **Doc ID#:** 21-SMCC-2916

**Type of Document:** CIVIL SUMMONS      **Zone** 05

**Party to be served:** BRADFORD O'NEIL AGENCY LLC

**Address:** 1299 BRYAN RD (OFFICER OR DIRECTOR), OFALLON, MO 63366

**Employment / Alternate:**

**Special Info / Pedigree:** OTHER TORT

## FINAL SERVICE

**PARTY SERVED:** Non-Est

**RELATIONSHIP / TITLE:** PtBs

**DATE:** 4-8-21      **Time:** 950

**ADDRESS:** Same

**NON-EST OPTIONS:** ☐ UNABLE TO DETERMINE SERVICE ☐ WRONG/BAD ADDRESS ☐ QUARANTINE / IN TREATMENT
☐ AVOIDING ☐ NO CONTACT ☐ LOCKED ACCESS ☐ EXPIRED UPON RECEIPT ☐ OUT ON LEAVE ☐ SERVED OTHER AGENCY
☐ DECEASED ☒ MOVED ☐ INCARCERATED ☐ NO LONGER EMPLOYED ☐ RECALLED ☐ SHORT TURNAROUND

**SCOTT A LEWIS, Sheriff of St. Charles County, Missouri**

By: Deputy Signature _____      DSN 147

Printed Name  Dep LARROW

TOTAL FEES: $39.00

## ATTEMPTS / NOTES

APR 5 '21 16:42

| Date | Time | DSN | Comments |
|------|------|-----|----------|
| 4-7 | 950 | 147 | Att Business is a Doctor office now and Internet Search save Bradford Oneil address as a State Farm agent 10322 Ladue Road Creve Coeur, MO 63141 |
| | | | |
| | | | |
| | | | |
| | | | |

**DOCUMENT RETURNED TO OFFICE FOR FINAL DISPOSITION:**    APR 8 '21 13:17

Electronically Filed - St. Louis County - April 08, 2021 - 04:39 PM

Electronically Filed - St Louis County - April 08, 2021 - 04:39 PM

## IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>DAVID L VINCENT III | Case Number: 21SL-CC01447 |
|---|---|
| Plaintiff/Petitioner:<br>SHERRY L. CLEMONS | Plaintiff's/Petitioner's Attorney/Address<br>JOHN FRANCIS GARVEY JR<br>8235 FORSYTH BLVD<br>STE 1100<br>ST LOUIS, MO 63105 |
| vs. | |
| Defendant/Respondent:<br>BRADFORD O'NEIL AGENCY, LLC | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Other Tort | (Date File Stamp) |

### Summons in Civil Case

The State of Missouri to: BRADFORD O'NEIL AGENCY, LLC
Alias:

OFFICER OR DIRECTOR
1299 BRYAN ROAD
O'FALLON, MO 63366

COURT SEAL OF

ST. LOUIS COUNTY

    You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
    SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

01-APR-2021
Date
                                  Clerk

Further Information:
MT

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).
☐ other _____

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____        _____
Printed Name of Sheriff or Server        Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

(Seal)

My commission expires. _____    _____
                            Date                Notary Public

RECEIVED

APR 05 2021

SHERIFF
ST. CHARLES COUNTY, MO

OSCA (7-99) SM30 (SMCC) *For Court Use Only*. Document ID# 21-SMCC-2916   1   (Civil Procedure Form No. 1, Rules 54.01 – 54.05,
54.13, and 54.20, 506.120 – 506.140, and 506.150 RSMo

Based on the Supreme Court Rules governing eFiling, an eService email has been issued to the following parties:


SERVICE PARTY:    JOHN FRANCIS GARVEY, Attorney for Plaintiff
SERVICE EMAIL:     john.garvey@courts.mo.gov, jgarvey@careydanis.com

Electronically Filed - St Louis County - April 08, 2021 - 04:39 PM



## St. Charles County Sheriff's Department
201 North Second Street, Ste. 440, St. Charles, MO 63301

# RETURN OF SERVICE - Record # 2021-003126

| | |
|---|---|
| Case No: 21SLCC01447 | Court: ST LOUIS |
| Plaintiff: CLEMONS, SHERRY L | |
| Defendant: BRADFORD O'NEIL AGENCY LLC | |
| Court / Return Date: 05/01/2021 | Doc ID#: 21-SMCC-2916 |
| Type of Document: CIVIL SUMMONS | Zone 05 |
| Party to be served: BRADFORD O'NEIL AGENCY LLC | |

Address: 1299 BRYAN RD (OFFICER OR DIRECTOR), OFALLON, MO 63366

Employment / Alternate:

Special Info / Pedigree:   OTHER TORT

### FINAL SERVICE

PARTY SERVED: _Non- Est_

RELATIONSHIP / TITLE: _P+Bs_

DATE: _4-8-21_   Time: _950_

ADDRESS: _Same_

**NON-EST OPTIONS:** ☐ UNABLE TO DETERMINE SERVICE   ☐ WRONG/BAD ADDRESS   ☐ QUARANTINE / IN TREATMENT

☐ AVOIDING   ☐ NO CONTACT   ☐ LOCKED ACCESS  ☐ EXPIRED UPON RECEIPT  ☐ OUT ON LEAVE   ☐ SERVED OTHER AGENCY

☐ DECEASED   ☒ MOVED   ☐ INCARCERATED  ☐ NO LONGER EMPLOYED  ☐ RECALLED   ☐ SHORT TURNAROUND

SCOTT A LEWIS, Sheriff of St Charles County, Missouri

By: Deputy Signature _____   DSN _147_

Printed Name _Dep LARRow_

TOTAL FEES: $39.00

### ATTEMPTS / NOTES

| Date | Time | DSN | Comments |
|---|---|---|---|
| 4-7 | 950 | 147 | Business is a Doctor office now and Internet Search saue Brad Ford oneil address as a State farm agent 10322 Ladue Road Creve coeur, Mo 63141 |
| | | | |
| | | | |
| | | | |
| | | | |

DOCUMENT RETURNED TO OFFICE FOR FINAL DISPOSITION:

© 1994 - 2019 Omnigo Software St. Louis MO  omnigo.com

Electronically Filed - St Louis County - April 30, 2021 - 09:47 AM

# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>DAVID L VINCENT III | Case Number: 21SL-CC01447 |
|---|---|
| Plaintiff/Petitioner:<br>SHERRY L. CLEMONS | Plaintiff's/Petitioner's Attorney/Address<br>JOHN FRANCIS GARVEY JR<br>8235 FORSYTH BLVD<br>STE 1100<br>ST LOUIS, MO 63105 |
| vs. | |
| Defendant/Respondent:<br>BRADFORD O'NEIL AGENCY, LLC<br>Nature of Suit:<br>CC Other Tort | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105<br>(Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: BRADFORD O'NEIL AGENCY, LLC
Alias:

OFFICER OR DIRECTOR
1299 BRYAN ROAD
O'FALLON, MO 63366

COURT SEAL OF

ST. LOUIS COUNTY

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

__01-APR-2021__
Date

_____
Clerk

Further Information:
MT

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____
_____

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:

(Seal)     Subscribed and sworn to before me on _____ (date).

My commission expires. _____                    _____
                                        Date                                              Notary Public

RECEIVED

APR 05 2021

SHERIFF
ST. CHARLES COUNTY, MO

OSCA (7-99) SM30 (SMCC) *For Court Use Only:* Document ID# 21-SMCC-2916     (Civil Procedure Form No. 1, Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Electronically Filed - St Louis County - April 30, 2021 - 09:47 AM

**MISSOURI CIRCUIT COURT**
**TWENTY-FIRST JUDICIAL CIRCUIT**
**ST. LOUIS County**

| | |
|---|---|
| **SHERRY L. CLEMONS,** | |
| **Plaintiff,** | |
| v. | **Cause No. 21SL-CC01447** |
| **BRADFORD O'NEIL AGENCY, LLC,** | |
| **Defendants.** | |

<u>**MEMORANDUM TO CLERK REQUESTING ALIAS SUMMONS**</u>

COMES NOW Plaintiff, by and through her undersigned counsel and files herewith the St. Charles County Sheriff's Department's non-est return of service of Summons on Defendant Bradford O'Neil Agency, LLC.  Plaintiff requests that the Court direct to the Clerk to issue an Alias Summons for service upon Defendant at the following address:

> Any Director or Officer
> Bradford O'Neil Agency, LLC
> 10322 Ladue Road
> Creve Coeur, MO  63141.

> **CAREY DANIS & LOWE**
>
> */s/ John F. Garvey*
> John F. Garvey, #35879
> **CAREY DANIS & LOWE**
> 8235 Forsyth Boulevard, Suite 1100
> St. Louis, Missouri 63105
> Telephone:  314-725-7700
> jgarvey@careydanis.com
> *Attorney for Plaintiff*

Electronically Filed - St Louis County - April 30, 2021 - 09:47 AM

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing pleading has been filed using the Court's electronic filing system on this 30th day of April, 2021, thereby serving the registered parties of record.  In addition, the undersigned counsel certifies under Rule 55.03(a) of the Missouri Rules of Civil Procedure that she has signed the original of this Certificate and the foregoing pleading.

*/s/John F. Garvey*



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DAVID L VINCENT III | **Case Number:  21SL-CC01447** |
| Plaintiff/Petitioner:<br>SHERRY L. CLEMONS | Plaintiff's/Petitioner's Attorney/Address<br>JOHN FRANCIS GARVEY JR<br>8235 FORSYTH BLVD<br>STE 1100<br>ST LOUIS, MO  63105 |
| vs. | |
| Defendant/Respondent:<br> BRADFORD O'NEIL AGENCY, LLC | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Other Tort | (Date File Stamp) |

## Summons in Civil Case

| | |
|---|---|
| **The State of Missouri to:  BRADFORD O'NEIL AGENCY, LLC**<br>**Alias:** | |

**Any Director or Officer**
**10322 LADUE ROAD**
**SAINT LOUIS, MO  63141**

*COURT SEAL OF*



*ST. LOUIS COUNTY*

   You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
   **SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

<u>12-MAY-2021</u>
**Date**                                                                                            _____
                                                                                                                    /Clerk

**Further Information:**
**WAW**

---

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
_____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____(title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server                                                       Signature of Sheriff or Server
**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*          Subscribed and sworn to before me on _____ (date).

          My commission expires: _____          _____
                                                 Date                                                        Notary Public

---

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $____10.00____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | **$_____** |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST.  LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

**Purpose of Notice**

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case.  However, most lawsuits are settled by the parties before a trial takes place.  This is often true even when the parties initially believe that settlement is not possible.   A settlement reduces the expense and inconvenience of litigation.  It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost.  Often such services are most effective in reducing costs if used early in the course of a lawsuit.  Your attorney can aid you in deciding whether and when such services would be helpful in your case.

**Your Rights and Obligations in Court Are Not Affected By This Notice**

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so.  In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below.   These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended.   Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not.  **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

**Alternative Dispute Resolution Procedures**

There are several procedures designed to help parties settle lawsuits.   Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party.   The services are provided by individuals and organizations who may charge a fee for this help.  Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case.  The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit.  An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties.  The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement.   An effective mediator may offer solutions that have not been considered by the parties or their lawyers.  A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

(3) **Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

(4) **Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

(5) **Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105.   The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms.  You should ask your lawyer for further information.

CCADM73

# County Satellite Court Now Open in St. Ann
## Hours: Mon-Fri  8:30 a.m. to 5:00 p.m.   FREE PARKING

For the convenience of North County residents, a satellite branch of the St. Louis County Circuit Court is now open at the St. Louis County Government Center Northwest at the 715 Northwest Plaza Drive in St. Ann.

**Attending Court Hearings Remotely using E-Courts**

If you are scheduled to appear in court, you can access the courtroom remotely using the public computer stations (E-courts) in St. Ann and Clayton. These are available for use when courtroom access is restricted due to the pandemic.

**Please note:** Hearings for juvenile and paternity cases are confidential, and can only be accessed from the Clayton E-court at this time.

**Be sure to bring your paperwork with you; you will need your case number, as well as the date, time and number of the Division where you are scheduled to appear.**

**Filing Pleadings/New Petitions**

If you are representing yourself, you may file your paperwork at the St. Ann satellite court, in addition to the Clayton courthouse, using the secure drop box located inside the Court reception area.

**Filing Orders of Protection**

Starting March 1, you may file for an Order of Protection at the Adult Abuse office in the St. Ann satellite court, in addition to the Clayton courthouse.  Clerks will be available on-site to help you fill out and file the necessary paperwork.

### For more information call: 314-615-8029



Electronically Filed - St Louis County - May 13, 2021 - 08:37 AM

**In the**
# CIRCUIT COURT
**Of St. Louis County, Missouri**

Sherry L. Clemmons
Plaintiff/Petitioner

vs.

Bradford O'Neil Agency, LLC
Defendant/Respondent

May 13, 2021
Date

21SL-CC01447
Case Number

David L. Vincent III
Division

For File Stamp Only

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now  Plaintiff                                              , pursuant
Requesting Party
to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of
Captured Investigative Agency, PO Box 50341, Clayton, MO 63105, 314-392-3205

| | | |
|---|---|---|
| Name of Process Server | Address | Telephone |
| Name of Process Server | Address or in the Alternative | Telephone |
| Name of Process Server | Address or in the Alternative | Telephone |

Natural person(s) of lawful age to serve the summons and petition in this cause on the below
named parties.  This appointment as special process server does not include the authorization
to carry a concealed weapon in the performance thereof.

SERVE:
Bradford O'Neil Agency, LLC
Name
10322 Ladue Road
Address
St. Louis, MO  63141
City/State/Zip

SERVE:

Name

Address

City/State/Zip

SERVE:

Name

Address

City/State/Zip

SERVE:

Name

Address

City/State/Zip

Appointed as requested:

**JOAN M. GILMER,** Circuit Clerk


By _____
Deputy Clerk

_____
Date

/s/John J. Garvey
Signature of Attorney/Plaintiff/Petitioner
35879
Bar No.
8235 Forsyth, Ste. 1100, STL, MO 63105
Address
(314) 725-7700          (314) 678-3401
Phone No.                        Fax No.

CCADM62-WS    Rev. 07/19

Electronically Filed - St Louis County - May 13, 2021 - 08:37 AM

Local Rule 28.  SPECIAL PROCESS SERVERS

(1)    Any Judge may appoint a Special Process Server in writing in accordance with the law and at the risk and expense of the requesting party except no special process server shall be appointed to serve a garnishment [except as allowed by Missouri Supreme Court Rule 90.03(a)].

This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

(2)    The Circuit Clerk may appoint a natural person other than the Sheriff to serve process in any cause in accordance with this subsection;

(A)    Appointments may list more than one server as alternates.

(B)    The appointment of a person other than the Sheriff to serve process shall be made at the risk and expense of the requesting party.

(C)    Any person of lawful age, other than the Sheriff, appointed to serve process shall be a natural person and not a corporation or other business association.

(D)    No person, other than the Sheriff, shall be appointed to serve any order, writ or other process which requires any levy, seizure, sequestration, garnishment, [except as allowed by Missouri Supreme Court Rule 90.03(a)], or other taking.

(E)    Requests for appointment of a person other than the Sheriff to serve process shall be made on a "Request for Appointment of Process Server" electronic form, which may be found on the Court's Web Site, https://wp.stlcountycourts.com > forms.

(F)    This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVICE RETURN

Any service by the St. Louis County Sheriff's Office shall be scanned into the courts case management system.  Any service by another Sheriff or a Special Process Server or any other person authorized to serve process shall return to the attorney or party who sought service and the attorney shall file the return electronically to the Circuit Clerk.

Electronically Filed - St Louis County - May 24, 2021 - 09:47 AM

**In the**

# CIRCUIT COURT
## Of St. Louis County, Missouri

For File Stamp Only

Sherry L. Clemons
Plaintiff/Petitioner

May 24, 2021
Date

21SL-CC01447
Case Number

vs.

David L. Vincent III
Division

Bradford O'Neil Agency, LLC
Defendant/Respondent

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now  Plaintiff                                                                 , pursuant

Requesting Party

to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of

John Houseman,Captured Investigative Agency, PO Box 50341, Clayton, MO 63105, 314-392-3205

| Name of Process Server | Address | Telephone |
| --- | --- | --- |
| Name of Process Server | Address or in the Alternative | Telephone |
| Name of Process Server | Address or in the Alternative | Telephone |

Natural person(s) of lawful age to serve the summons and petition in this cause on the below named parties.  This appointment as special process server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVE:

Bradford O'Neil Agency, LLC
Name
10322 Ladue Road
Address
St. Louis, MO  63141
City/State/Zip

SERVE:

Name

Address

City/State/Zip

SERVE:

Name

Address

City/State/Zip

SERVE:

Name

Address

City/State/Zip

Appointed as requested:

**JOAN M. GILMER,** Circuit Clerk

/s/John J. Garvey
Signature of Attorney/Plaintiff/Petitioner
35879
Bar No.
8235 Forsyth, Ste. 1100, STL, MO 63105
Address
(314) 725-7700        (314) 678-3401
Phone No.                Fax No.

By _____
   Deputy Clerk

_____

Date

CCADM62-WS   Rev. 07/19

Electronically Filed - St Louis County - May 24, 2021 - 09:47 AM

Local Rule 28.  SPECIAL PROCESS SERVERS

(1)     Any Judge may appoint a Special Process Server in writing in accordance with the law and at the risk and expense of the requesting party except no special process server shall be appointed to serve a garnishment [except as allowed by Missouri Supreme Court Rule 90.03(a)].

This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

(2)     The Circuit Clerk may appoint a natural person other than the Sheriff to serve process in any cause in accordance with this subsection;

(A)     Appointments may list more than one server as alternates.

(B)     The appointment of a person other than the Sheriff to serve process shall be made at the risk and expense of the requesting party.

(C)     Any person of lawful age, other than the Sheriff, appointed to serve process shall be a natural person and not a corporation or other business association.

(D)     No person, other than the Sheriff, shall be appointed to serve any order, writ or other process which requires any levy, seizure, sequestration, garnishment, [except as allowed by Missouri Supreme Court Rule 90.03(a)], or other taking.

(E)     Requests for appointment of a person other than the Sheriff to serve process shall be made on a "Request for Appointment of Process Server" electronic form, which may be found on the Court's Web Site, https://wp.stlcountycourts.com > forms.

(F)     This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVICE RETURN

Any service by the St. Louis County Sheriff's Office shall be scanned into the courts case management system.  Any service by another Sheriff or a Special Process Server or any other person authorized to serve process shall return to the attorney or party who sought service and the attorney shall file the return electronically to the Circuit Clerk.

Electronically Filed - St Louis County - May 24, 2021 - 09:47 AM

**In the**

# CIRCUIT COURT
**Of St. Louis County, Missouri**

Sherry L. Clemons
Plaintiff/Petitioner

vs.

Bradford O'Neil Agency, LLC
Defendant/Respondent

May 24, 2021
Date

21SL-CC01447
Case Number

David L. Vincent III
Division

For File Stamp Only

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now  Plaintiff                                                                , pursuant

Requesting Party

to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of

John Houseman,Captured Investigative Agency, PO Box 50341, Clayton, MO 63105, 314-392-3205

Name of Process Server                    Address                                        Telephone

Name of Process Server                    Address or in the Alternative                  Telephone

Name of Process Server                    Address or in the Alternative                  Telephone

Natural person(s) of lawful age to serve the summons and petition in this cause on the below
named parties.  This appointment as special process server does not include the authorization
to carry a concealed weapon in the performance thereof.

SERVE:
 Bradford O'Neil Agency, LLC
Name
 10322 Ladue Road
Address
 St. Louis, MO  63141
City/State/Zip

SERVE:
Name
Address
City/State/Zip

SERVE:
Name
Address
City/State/Zip

SERVE:
Name
Address
City/State/Zip

Appointed as requested:

**JOAN M. GILMER,** Circuit Clerk

By   **/s/ Gwendolyn Bailey**
Deputy Clerk
05/24/2021
Date

 /s/John J. Garvey
Signature of Attorney/Plaintiff/Petitioner
 35879
Bar No.
 8235 Forsyth, Ste. 1100, STL, MO 63105
Address
 (314) 725-7700        (314) 678-3401
Phone No.                              Fax No.

CCADM62-WS   Rev. 07/19

Electronically Filed - St Louis County - May 24, 2021 - 09:47 AM

Local Rule 28.  SPECIAL PROCESS SERVERS

(1)    Any Judge may appoint a Special Process Server in writing in accordance with the law and at the risk and expense of the requesting party except no special process server shall be appointed to serve a garnishment [except as allowed by Missouri Supreme Court Rule 90.03(a)].

This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

(2)    The Circuit Clerk may appoint a natural person other than the Sheriff to serve process in any cause in accordance with this subsection;

(A)    Appointments may list more than one server as alternates.

(B)    The appointment of a person other than the Sheriff to serve process shall be made at the risk and expense of the requesting party.

(C)    Any person of lawful age, other than the Sheriff, appointed to serve process shall be a natural person and not a corporation or other business association.

(D)    No person, other than the Sheriff, shall be appointed to serve any order, writ or other process which requires any levy, seizure, sequestration, garnishment, [except as allowed by Missouri Supreme Court Rule 90.03(a)], or other taking.

(E)    Requests for appointment of a person other than the Sheriff to serve process shall be made on a "Request for Appointment of Process Server" electronic form, which may be found on the Court's Web Site, https://wp.stlcountycourts.com > forms.

(F)    This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVICE RETURN

Any service by the St. Louis County Sheriff's Office shall be scanned into the courts case management system.  Any service by another Sheriff or a Special Process Server or any other person authorized to serve process shall return to the attorney or party who sought service and the attorney shall file the return electronically to the Circuit Clerk.

CCADM62-WS      Rev. 07/19



## IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>DAVID L VINCENT III | Case Number:  21SL-CC01447 |
|---|---|
| Plaintiff/Petitioner:<br>SHERRY L. CLEMONS | Plaintiff's/Petitioner's Attorney/Address<br>JOHN FRANCIS GARVEY JR<br>8235 FORSYTH BLVD<br>STE 1100<br>ST LOUIS, MO  63105 |
| **vs.** | |
| Defendant/Respondent:<br> BRADFORD O'NEIL AGENCY, LLC | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Other Tort | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:  BRADFORD O'NEIL AGENCY, LLC**
                                                    **Alias:**

**Any Director or Officer**
**10322 LADUE ROAD**
**SAINT LOUIS, MO  63141**

*COURT SEAL OF*



*ST. LOUIS COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
            SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

<u>24-MAY-2021</u>
**Date**                                                                               **Clerk**

**Further Information:**
**GB**

---

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
_____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____(title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server                                      Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*      Subscribed and sworn to before me on _____ (date).

            My commission expires: _____      _____
                                                         Date                                            Notary Public

**Sheriff's Fees, if applicable**

| | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $_____10.00_____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | **$_____** | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST.  LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

**Purpose of Notice**

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case.  However, most lawsuits are settled by the parties before a trial takes place.  This is often true even when the parties initially believe that settlement is not possible.   A settlement reduces the expense and inconvenience of litigation.  It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost.  Often such services are most effective in reducing costs if used early in the course of a lawsuit.  Your attorney can aid you in deciding whether and when such services would be helpful in your case.

**Your Rights and Obligations in Court Are Not Affected By This Notice**

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so.  In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below.   These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended.   Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not.  **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

**Alternative Dispute Resolution Procedures**

There are several procedures designed to help parties settle lawsuits.   Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party.  The services are provided by individuals and organizations who may charge a fee for this help.  Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case.  The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit.  An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties.  The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement.   An effective mediator may offer solutions that have not been considered by the parties or their lawyers.  A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105.  The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

# County Satellite Court Now Open in St. Ann
## Hours: Mon-Fri  8:30 a.m. to 5:00 p.m.   FREE PARKING

For the convenience of North County residents, a satellite branch of the St. Louis County Circuit Court is now open at the St. Louis County Government Center Northwest at the 715 Northwest Plaza Drive in St. Ann.

**Attending Court Hearings Remotely using E-Courts**
If you are scheduled to appear in court, you can access the courtroom remotely using the public computer stations (E-courts) in St. Ann and Clayton. These are available for use when courtroom access is restricted due to the pandemic.
**Please note:** Hearings for juvenile and paternity cases are confidential, and can only be accessed from the Clayton E-court at this time.

**Be sure to bring your paperwork with you; you will need your case number, as well as the date, time and number of the Division where you are scheduled to appear.**

**Filing Pleadings/New Petitions**
If you are representing yourself, you may file your paperwork at the St. Ann satellite court, in addition to the Clayton courthouse, using the secure drop box located inside the Court reception area.
**Filing Orders of Protection**
Starting March 1, you may file for an Order of Protection at the Adult Abuse office in the St. Ann satellite court, in addition to the Clayton courthouse.  Clerks will be available on-site to help you fill out and file the necessary paperwork.

**For more information call: 314-615-8029**



Electronically Filed - St. Louis County - May 27, 2021 - 09:03 AM

**IN THE 21st JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI**
**21st JUDICIAL CIRCUIT**

SHERRY L. CLEMONS

        Plaintiff

      v.

BRADFORD O'NEIL AGENCY, LLC

        Defendant

Case No.:21SL-CC01447

## **AFFIDAVIT OF PERSONAL SERVICE**

That I, Adam Neil hereby solemnly affirm under penalties of perjury and upon personal knowledge that the contents of the following document are true and do affirm I am a competent person over 18 years of age, not a party to this action and that I am certified and in good standing and/or authorized to serve process in the Judicial Circuit in which the process was served.

That on 5/14/2021 at 1:56 PM at 10322 Ladue Rd, Saint Louis, MO 63141-8401 I served BRADFORD O'NEIL AGENCY, LLC with the following list of documents: ALIAS SUMMONS;COMPLAINT by then and there personally delivering a true and correct copy of the documents into the hands of and leaving with BRADFORD O'NEIL AGENCY, LLC.

That I asked the person spoken to whether the Servee was in the active duty military service of the United States or in the state in which this service was made and was told [ ] No they were not [ ] Yes they are [ ] No answer was given.

That the fee for this Service is  $ 75.00

JOHN GREGORY HOUSEMAN
My Commission Expires
October 25, 2023
St. Louis County
Commission #15138515

NOTARY PUBLIC
NOTARY
SEAL
STATE OF MISSOURI

Adam Neil
Contracted by Captured Investigative Agency
8235 Forsyth Blvd., STE 1100
Clayton, MO 63105
(314) 392-3205

Executed On:



Order #:20121
SHERRY L. CLEMONS