**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

Sherry L. Clemons                            )
                                             )
                                             )
    Plaintiff(s),                        )
                                             )
    vs.                                  )   Case No.  4:21-cv-00678
O'Neil Insurance Agency, Inc. (improperly    )
named as "Bradford O'Neil Agency, LLC")      )
                                             )
    Defendant(s).                        )

**DISCLOSURE OF ORGANIZATIONAL INTERESTS**
**CERTIFICATE**

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for  O'Neil Ins. Agency Inc  hereby discloses the following organizational interests:

1.     If the subject organization is a corporation,

    a.     Its parent companies or corporations (if none, state "none"):
        None

    b.     Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):
        None

    c.     Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):
        None

2.     If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:

        n/a

        /s/ Patrick D. Cloud
        Signature (Counsel for Plaintiff/Defendant)
        Print Name:  Patrick Cloud, 57187MO
        Address:  105 W. Vandalia, Suite 100
        City/State/Zip:  Edwardsville, IL 62025
        Phone:  618-656-4646

Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on:
  June 11 , 20 21 .

        /s/ Patrick D. Cloud
        Signature