# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| SHERRY L. CLEMONS, | Civil Action No. 4:21-cv-00678 |
| Plaintiff, | |
| v. | |
| BRADFORD O'NEIL AGENCY, LLC, | |
| Defendant. | |

## PROOF OF FILING AND SERVICE

In accordance with Local Rule 2.03, the undersigned counsel for Defendant O'Neil Insurance Agency, Inc. (improperly named as "Bradford O'Neil Agency, LLC") (hereinafter "O'Neil Agency"), hereby certifies that on June 11, 2021, the Notice of Removal filed by O'Neil Agency (Dkt. 1) was filed with the Clerk of the Circuit Court, County of St. Louis, and was served upon counsel for Plaintiff via first class mail and via email.

Dated: June 11, 2021

Respectfully submitted,

*/s/ Patrick D. Cloud*
HEYL, ROYSTER, VOELKER & ALLEN, P.C.
Patrick D. Cloud, #57187MO
105 West Vandalia, Suite 100
Edwardsville, IL 62025
(618) 656-4646
pcloud@heylroyster.com
***Attorneys for Defendant,***
***O'Neil Insurance Agency, Inc.***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 11th day of June, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system. I further certify that on this 11th day of June, 2021, counsel for Plaintiff have was served with copies of this Proof of Filing and Service by first class mail and by transmitting a copy via e-mail to the following addresses:

John F. Garvey #35879
CAREY DANIS & LOWE
8235 Forsyth, Suite 1100
St. Louis, Missouri 63105
Telephone: (314) 725-7700
Facsimile: (314) 678-3401
jgarvey@careydanis.com

Samuel J. Strauss
TURKE & STRAUSS LLP
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (608) 237-1775
Facsimile: (608) 509-4423
sam@turkestrauss.com

Anthony Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100
anthony@paronichlaw.com

/s/ Patrick D. Cloud                    
HEYL, ROYSTER, VOELKER & ALLEN, P.C.