**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| SHERRY L. CLEMONS, | Civil Action No. 4:21-cv-00678-SRC |
| Plaintiff, | |
| | Trial by Jury Demanded |
| v. | |
| O'NEIL INSURANCE AGENCY INC. and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendants. | |

**DISCLOSURE OF ORGANIZATIONAL
INTERESTS CERTIFICATE**

Pursuant to Local Rule 2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for State Farm Mutual Automobile Insurance Company hereby discloses the following organizational interests:

1. If the subject organization is a corporation,

    a. Its parent companies or corporations (if none, state "none"):  None.

    b. Its subsidiaries not wholly owned by the subject corporation (if none, state "none"): None.

    c. Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"): None.

2. If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship: Not Applicable.

667-715

        STATE FARM MUTUAL AUTOMOBILE
          INSURANCE COMPANY, Defendant

    BY:_____/s/ Patrick D. Cloud_____
    HEYL, ROYSTER, VOELKER & ALLEN, P.C.
    Patrick D. Cloud, #57187MO
    105 West Vandalia, Suite 100
    Edwardsville, IL 62025
    (618) 656-4646
    pcloud@heylroyster.com

    James P. Gaughan (Ill. #6204406)
     (admitted *pro hac vice*)
    Riley Safer Holmes & Cancila LLP
    70 West Madison Street, Suite 2900
    Chicago, Illinois 60602
    Telephone: 312.471.8700
    Facsimile: 312.471.8701
    jgaughan@rshc-law.com

667-715

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 17th day of June, 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will cause a copy of the document to be served upon all counsel of record.

                        /s/ Patrick D. Cloud
                        HEYL, ROYSTER, VOELKER & ALLEN, P.C.