**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| SHERRY L. CLEMONS, | Civil Action No. 4:21-cv-00678-SRC |
| Plaintiff, | |
| v. | |
| O'NEIL INSURANCE AGENCY INC. and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendants. | |

**Parties' Joint Notice of Settlement**

Plaintiff Sherry Clemons and Defendants O'Neil Insurance Agency, Inc. and State Farm Mutual Automobile Insurance Company jointly notify the Court that the parties reached a settlement of this matter. The settlement was reached on an individual, non-class basis. As such, all pending motions, including the motion for class certification, should be denied as moot.

By: *s/ Patrick D. Cloud*
Patrick D. Cloud, #57187MO
HEYL, ROYSTER, VOELKER & ALLEN, P.C.
105 West Vandalia, Suite 100
Edwardsville, IL 62025
(618) 656-4646
pcloud@heylroyster.com

James P. Gaughan (Ill. #6204406)
(admitted *pro hac vice*)
RILEY SAFER HOLMES & CANCILA LLP
70 West Madison Street, Suite 2900
Chicago, Illinois 60602
Telephone: 312.471.8700
Facsimile: 312.471.8701
jgaughan@rshc-law.com

1

*Attorneys for Defendants O'Neil Insurance Agency, Inc. and State Farm Mutual Automobile Insurance Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 29th day of July, 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will cause a copy of the document to be served upon all counsel of record.

/s/ Patrick D. Cloud
HEYL, ROYSTER, VOELKER & ALLEN, P.C.